| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  All Purpose Solutions, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   46-1957533

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 65 Glen Road, Box #112<br>Garner, NC 27529 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnston | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **All Purpose Solutions, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **All Purpose Solutions, LLC**                                                                 Case number (*if known*)
        Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
         Contact name  _____
         Phone  _____

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Case 17-04428-5-DMW    Doc 1    Filed 09/08/17    Entered 09/08/17 11:47:17    Page 3 of 11

Debtor  **All Purpose Solutions, LLC**  Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 8, 2017**
             MM / DD / YYYY

X **/s/ Kandie Spangler**                              **Kandie Spangler**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Jason L. Hendren**                             Date  **September 8, 2017**
Signature of attorney for debtor                             MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone  **(919) 420-7867**       Email address  **jhendren@hendrenmalone.com**

**NC State Bar 26869**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | All Purpose Solutions, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACF Environmental Attn: Managing Agent P.O. Box 758763 Baltimore, MD 21275 | | trade debt | | | | $49,549.26 |
| Anna Place, LLC Attn: Managing Agent P.O. Box 99475 Raleigh, NC 27624 | | trade debt | | | | $11,700.00 |
| ASC Construction Equipment Attn: Managing Agent 3561 Jones Sausage Road Garner, NC 27529 | | trade debt | | | | $13,219.05 |
| Benchmark Tool Attn: Managing Agent 533 Pylon Drive Raleigh, NC 27606 | | trade debt | | | | $114,587.96 |
| Central Garden & Pet Attn: Managing Agent P.O. Box 277743 Atlanta, GA 30384 | | trade debt | | | | $14,514.10 |
| Contech Engineered Solutions Attn: Managing Agent 16445 Collections Center Drive Chicago, IL 60693 | | trade debt | | | | $57,495.98 |

Debtor **All Purpose Solutions, LLC**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CP&P Attn: Managing Agent 210 Stone Spring Road Harrisonburg, VA 22801 | | trade debt | | | | $12,361.88 |
| Ferguson Waterworks Attn: Managing Agent P.O. Box 100286 Atlanta, GA 30384 | | trade debt | | | | $9,058.60 |
| Froehling & Robertson, Inc. Attn: Managing Agent 3015 Dumbarton Road Henrico, VA 23228 | | trade debt | | | | $5,376.07 |
| Gaines Oil Company Attn: Managing Agent P.O. Box 421 Goldston, NC 27252 | | trade debt | | | | $47,734.94 |
| GM Financial Attn: Managing Agent P.O. Box 182344 Arlington, TX 76096 | | 2016 GMC Sierra 2500HD truck VIN: | | $48,000.00 | $40,000.00 | $8,000.00 |
| Green Resources Attn: Managing Agent P.O. Box 429 Colfax, NC 27235 | | trade debt | | | | $25,282.25 |
| Gregory Poole Attn: Managing Agent 4807 Beryl Road Raleigh, NC 27606 | | trade debt | | | | $12,488.22 |
| H&E Equipment Service Attn: Managing Agent P.O. Box 849850 Dallas, TX 75284 | | trade debt | | | | $41,290.83 |
| Herc Rentals, Inc. Attn: Managing Agent P.O. Box 650280 Dallas, TX 75265 | | trade debt | | | | $18,152.86 |

Debtor **All Purpose Solutions, LLC**  
 Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Komatsu Financial LP** **Attn: Managing Agent** **1701 W. Golf Road, Ste 1-300** **Rolling Meadows, IL 60008** | | **Komatsu PC210LC-10 hydraulic excavator w/ bucket** **s/n A11150** | | $140,000.00 | $135,000.00 | $5,000.00 |
| **Langley Hauling** **Attn: Managing Agent** **4393 South Halifax Road** **Rocky Mount, NC 27803** | | trade debt | | | | $6,921.41 |
| **Renewable Resources, LLC** **Attn: Managing Agent** **P.O. Box 205** **Studley, VA 23162** | | trade debt | | | | $23,500.00 |
| **Vulcan Materials Company** **Attn: Managing Agent** **353 Galestown Road** **Rockingham, NC 28379** | | trade debt | | | | $278,399.86 |
| **Wake Stone** **Attn: Managing Agent** **P.O. Box 190** **Knightdale, NC 27545** | | trade debt | | | | $49,667.26 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **All Purpose Solutions, LLC**                                Case No.
                                 Debtor(s)                           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:  **September  8, 2017**                    **/s/ Kandie Spangler**
                                                  **Kandie Spangler**/**Managing Member**
                                                  Signer/Title

ACF Environmental
Attn: Managing Agent
P.O. Box 758763
Baltimore, MD 21275

CCS Equipment
Attn: Managing Agent
5428 Highway 96
Youngsville, NC 27596

De Lage Landen Financial Service
Attn: Managing Agent
1111 Old Eagle School Road
Wayne, PA 19087

Ally Financial
Attn: Managing Agent
PO Box 380906
Minneapolis, MN 55438

Central Garden & Pet
Attn: Managing Agent
P.O. Box 277743
Atlanta, GA 30384

Department of Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201

Anna Place, LLC
Attn: Managing Agent
P.O. Box 99475
Raleigh, NC 27624

Chrysler
Attn: Managing Agent
P.O. Box 660335
Dallas, TX 75266

Dept. of Employment Security
Attn: Managing Agent
P.O. Box 25903
Raleigh, NC 27611-5903

ASC Construction Equipment
Attn: Managing Agent
3561 Jones Sausage Road
Garner, NC 27529

CHTD Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Diamler
Attn: Managing Agent
P.O. Box 5260
Carol Stream, IL 60197

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

CIT Bank, N.A.
Attn: Managing Agent
1021 Centurion Parkway N, Ste 100
Jacksonville, FL 32256

ECN Financial, LLC
Attn: Managing Agent
655 Business Center Drive
Horsham, PA 19044

BB&T
Attn: Jack Hayes
P.O. Box 1847
Wilson, NC 27894-1847

Commercial Credit Group, Inc.
Attn: Managing Agent
227 West Trade Street, Ste 1450
Charlotte, NC 28202

Eire Insurance
Attn: Managing Agent
125 Edinburgh South
Cary, NC 27512

Benchmark Tool
Attn: Managing Agent
533 Pylon Drive
Raleigh, NC 27606

Contech Engineered Solutions
Attn: Managing Agent
16445 Collections Center Drive
Chicago, IL 60693

Element Financial Corp.
Attn: Managing Agent
655 Business Center Drive
Horsham, PA 19044

BMO
Attn: Managing Agent
300 East Carpenter Freeway
Irving, TX 75062

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

Ferguson Waterworks
Attn: Managing Agent
P.O. Box 100286
Atlanta, GA 30384

Caterpillar Financial Services Corp
Attn: Managing Agent
2120 West End Avenue
Nashville, TN 37203-0986

CP&P
Attn: Managing Agent
210 Stone Spring Road
Harrisonburg, VA 22801

Fleetmatics USA, LLC
Attn: Managing Agent
P.O. Box 347472
 00015-2510

Fora Financial
Attn: Managing Agent
242 West 36th Avenue, 14th Floor
New York, NY 10018

Herc Rentals, Inc.
Attn: Managing Agent
P.O. Box 650280
Dallas, TX 75265

Mobile Mini
Attn: Managing Agent
4646 East Van Buren Street
Phoenix, AZ 85008

Ford Motor Credit Company, LLC
Attn: Managing Agent
P.O. Box 680020
Franklin, TN 37068

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

Navitas Lease Corp.
Attn: Managing Agent
111 Executive Center Drive, Ste 10
Columbia, SC 29210

Froehling & Robertson, Inc.
Attn: Managing Agent
3015 Dumbarton Road
Henrico, VA 23228

Johnston County Tax Administration
Attn: Managing Agent
207 E. Johnston Street
Smithfield, NC 27577

NC Department of Revenue
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602-1168

Gaines Oil Company
Attn: Managing Agent
P.O. Box 421
Goldston, NC 27252

Kandie Spangler
1925 Freedom Road
Smithfield, NC 27577

Ranger Engineering Consulting, Inc
Attn: Managing Agent
3111 N. Caden Court, Ste 180
Flagstaff, AZ 86004

Gelder & Associates, Inc.
Attn: Managing Agent
3901 Gelder Drive
Raleigh, NC 27603

Komatsu Financial LP
Attn: Managing Agent
1701 W. Golf Road, Ste 1-300
Rolling Meadows, IL 60008

Renewable Resources, LLC
Attn: Managing Agent
P.O. Box 205
Studley, VA 23162

GM Financial
Attn: Managing Agent
P.O. Box 182344
Arlington, TX 76096

Kubota Credit Corp., U.S.A.
Attn: Managing Agent
4400 Amon Carter Blvd., Ste 100
Fort Worth, TX 76155

Stearns Bank, N.A.
Attn: Managing Agent
500 13th Street
Albany, MN 56307

Green Resources
Attn: Managing Agent
P.O. Box 429
Colfax, NC 27235

Langley Hauling
Attn: Managing Agent
4393 South Halifax Road
Rocky Mount, NC 27803

U.S. Attorney
Attn: Civil Process Clerk
310 New Bern Ave, Suite 800
Raleigh, NC 27601

Gregory Poole
Attn: Managing Agent
4807 Beryl Road
Raleigh, NC 27606

Linder Industrial Machinery
Attn: Managing Agent
1601 S Frontage Road
Plant City, FL 33563-2014

U.S. Attorney General
950 Pennslyvania Avenue NW
Washington, DC 20530

H&E Equipment Service
Attn: Managing Agent
P.O. Box 849850
Dallas, TX 75284

MHC Financial
Attn: Managing Agent
6 Medical Park Dr, Ste 104
Pomona, NY 10970

United Rentals
Attn: Managing Agent
P.O. Box 100711
Atlanta, GA 30384

Vulcan Materials Company
Attn: Managing Agent
353 Galestown Road
Rockingham, NC 28379


Wake Stone
Attn: Managing Agent
P.O. Box 190
Knightdale, NC 27545


Wayne K. Maiorano
P.O. Box 2611
Raleigh, NC 27602


Wells Fargo Equipment Finance, Inc.
Attn: Managing Agent
733 Marquette Ave, Suite 700
Minneapolis, MN 55402


Zackery Michael, Inc.
Attn: Managing Agent
6030 Creedmoor Road
Raleigh, NC 27612