# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALL PURPOSE SOLUTIONS, LLC ) | Case No. 17-04428-5-DMW |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF DISPUTED CLAIM

    Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| Erie Insurance<br>Attn: Managing Agent<br>125 Edinburgh South<br>Cary, NC 27512 | Disputed |

Dated: October 2, 2017

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
Email: rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    Brian Behr                                                   *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    All Purpose Solutions, LLC
    Attn: Managing Agent
    65 Glen Road, Box # 112
    Garner, NC 27529

    Erie Insurance
    Attn: Managing Agent
    125 Edinburgh South
    Cary, NC 27512

This the 2nd day of October, 2017.

                                                      HENDREN, REDWINE & MALONE, PLLC

                                                      s/Rebecca F. Redwine
                                                      Jason L. Hendren
                                                      NC State Bar No. 26869
                                                      Rebecca F. Redwine
                                                      NC State Bar No. 37012
                                                      4600 Marriott Drive, Suite 150
                                                      Raleigh, NC  27612
                                                      Telephone:  (919) 573-1422
                                                      Facsimile:  (919) 420-0475
                                                      Email:  jhendren@hendrenmalone.com
                                                      Email:  rredwine@hendrenmalone.com
                                                      ATTORNEYS FOR DEBTOR