# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>ALL PURPOSE SOLUTIONS, LLC )<br>)<br>      Debtor. ) | Case No. 17-04428-5-DMW<br>Chapter 11 |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| Fora Financial<br>Attn: Managing Agent<br>242 West 36th Avenue, 14th Floor<br>New York, NY 10018 | Disputed |
|---|---|

Dated: October 2, 2017

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
Email: rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    Brian Behr                                      *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    All Purpose Solutions, LLC
    Attn: Managing Agent
    65 Glen Road, Box # 112
    Garner, NC 27529

    Fora Financial
    Attn: Managing Agent
    242 West 36th Avenue, 14th Floor
    New York, NY 10018

This the 2nd day of October, 2017.

    HENDREN, REDWINE & MALONE, PLLC

    s/Rebecca F. Redwine
    Jason L. Hendren
    NC State Bar No. 26869
    Rebecca F. Redwine
    NC State Bar No. 37012
    4600 Marriott Drive, Suite 150
    Raleigh, NC 27612
    Telephone: (919) 573-1422
    Facsimile: (919) 420-0475
    Email: jhendren@hendrenmalone.com
    Email: rredwine@hendrenmalone.com
    ATTORNEYS FOR DEBTOR