# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ALL PURPOSE SOLUTIONS, LLC | )  Case No. 17-04428-5-DMW |
| | )  Chapter 11 |
| Debtor. | ) |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| Linder Industrial Machinery<br>Attn: Managing Agent<br>1601 S Frontage Road<br>Plant City, FL 33563-2014 | Disputed |

Dated:   October 2, 2017

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    Brian Behr                                                *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    All Purpose Solutions, LLC
    Attn: Managing Agent
    65 Glen Road, Box # 112
    Garner, NC 27529

    Linder Industrial Machinery
    Attn: Managing Agent
    1601 S Frontage Road
    Plant City, FL 33563-2014

This the 2nd day of October, 2017.

                                                      HENDREN, REDWINE & MALONE, PLLC

                                                      s/Rebecca F. Redwine
                                                      Jason L. Hendren
                                                      NC State Bar No. 26869
                                                      Rebecca F. Redwine
                                                      NC State Bar No. 37012
                                                      4600 Marriott Drive, Suite 150
                                                      Raleigh, NC 27612
                                                      Telephone: (919) 573-1422
                                                      Facsimile: (919) 420-0475
                                                      Email: jhendren@hendrenmalone.com
                                                      Email: rredwine@hendrenmalone.com
                                                      ATTORNEYS FOR DEBTOR