# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALL PURPOSE SOLUTIONS, LLC ) | Case No. 17-04428-5-DMW |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| Zackery Michael, Inc.<br>Attn: Managing Agent<br>6030 Creedmoor Road<br>Raleigh, NC 27612 | Disputed |

Dated: October 2, 2017

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
Email: rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    Brian Behr    *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    All Purpose Solutions, LLC
    Attn: Managing Agent
    65 Glen Road, Box # 112
    Garner, NC 27529

    Zackery Michael, Inc.
    Attn: Managing Agent
    6030 Creedmoor Road
    Raleigh, NC 27612

    Wayne K. Maiorano
    P.O. Box 2611
    Raleigh, NC 27602
    Counsel for Zackery Michael, Inc.

This the 2nd day of October, 2017.

    HENDREN, REDWINE & MALONE, PLLC

    s/Rebecca F. Redwine
    Jason L. Hendren
    NC State Bar No. 26869
    Rebecca F. Redwine
    NC State Bar No. 37012
    4600 Marriott Drive, Suite 150
    Raleigh, NC 27612
    Telephone: (919) 573-1422
    Facsimile: (919) 420-0475
    Email: jhendren@hendrenmalone.com
    Email: rredwine@hendrenmalone.com
    ATTORNEYS FOR DEBTOR